**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-50381 (JTD) |
| SAMUEL BANKMAN-FRIED, NISHAD SINGH, and ZIXIAO "GARY" WANG, | |
| Defendants. | |

## CERTIFICATION OF COUNSEL

I, Gregory T. Donilon, counsel to Samuel Bankman-Fried ("**Defendant**"), hereby certify as follows with respect to the [proposed] *Order Approving Stipulation for an Extension of Time for Defendant Samuel Bankman-Fried to Respond to Complaint* (the "**Proposed Order**") attached to this certification as **Exhibit 1**:

1.    On May 17, 2023, Plaintiffs Alameda Research Ltd., West Realm Shires, Inc. and West Realm Shires Services, Inc. (collectively, "**Plaintiffs**" and, together with Defendant, the "**Parties**") initiated the above-captioned adversary proceeding by filing the *Complaint for Avoidance and Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 544, 547,*

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*548 and 550 and Del. Code Ann. Tit. 6, §§ 1304 and 1305 and for Disallowance of Claims Pursuant to 11 U.S.C. §502 [D.I. 1]* (the "**Complaint**").

2.    Defendant has accepted service of the Complaint, effective May 17, 2023. Defendant's deadline to respond to the Complaint was originally June 16, 2023.

3.    The Parties have conferred regarding an agreement to extend Defendant's response deadline.  As set forth in the *Stipulation for an Extension of Time for Defendant Samuel Bankman-Fried to Respond to Complaint* (the "**Stipulation**") between the Parties, attached to the Proposed Order as **Exhibit A**, the Parties have stipulated and agreed that Defendant's deadline to respond to the Complaint shall be extended through August 15, 2023.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order, including the Stipulation attached thereto as Exhibit A, at its earliest convenience.

Dated: June 1, 2023
      Wilmington, Delaware

Respectfully submitted,

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
1105 North Market Street, 15th Floor
Wilmington, Delaware  19801
Telephone: (302) 504-7800
gdonilon@mmwr.com

-and-

Edward L. Schnitzer, Esq. (admitted *pro hac vice*)
437 Madison Avenue, 24th Floor
New York, New York  10022
Telephone: (212) 867-9500
eschnitzer@mmwr.com

*Counsel to the Defendant*