# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors.<br><br>――――――――――――――――<br><br>ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>    Plaintiffs,<br><br>   - against -<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, and ZIXIAO "GARY" WANG,<br><br>    Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Pro. No. 23-50381 (JTD) |

**ORDER APPROVING STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT SAMUEL BANKMAN-FRIED TO RESPOND TO COMPLAINT**

Upon the Certification of Counsel and the *Stipulation for an Extension of Time for Defendant Samuel Bankman-Fried to Respond to Complaint* (the "**Stipulation**")[2] entered into between the Plaintiffs and the Defendant, a copy of which is attached hereto as **Exhibit A**; and the Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Stipulation is hereby APPROVED; and it is further

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2023
       Wilmington, Delaware

_____
THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, and ZIXIAO "GARY" WANG,<br><br>Defendants. | Adv. Pro. No. 23-50381 (JTD) |

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT**
**SAMUEL BANKMAN-FRIED TO RESPOND TO COMPLAINT**

Plaintiffs, Alameda Research Ltd., West Realm Shires, Inc. and West Realm Shires Services, Inc., (the "**Plaintiffs**"), and Defendant Samuel Bankman-Fred (the "**Defendant**" and, together with the Plaintiffs, the "**Parties**"), by and through their respective undersigned counsel, enter into this *Stipulation for an Extension of Time for Defendant Samuel Bankman-Fried to Respond to Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

1. On May 17, 2023, the Plaintiffs initiated the above-captioned adversary proceeding by filing the *Complaint for Avoidance and Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 544, 547, 548 and 550 and Del. Code Ann. Tit. 6, §§ 1304 and 1305 and for Disallowance of Claims Pursuant to 11 U.S.C. §502* [D.I. 1] (the "**Complaint**").

2. The Defendant has accepted service of the Complaint, effective May 17, 2023.  The Defendant's deadline to respond to the Complaint was originally June 16, 2023.

3. The Parties have conferred regarding an agreement to extend the Defendant's response deadline.

4. The Defendant's deadline to respond to the Complaint shall be extended through August 15, 2023.

5. This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

Dated:  June 1, 2023

| **LANDIS RATH & COBB LLP** | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |
|---|---|
| /s/ Matthew B. McGuire | /s/ Gregory T. Donilon |
| Adam G. Landis (No. 3407) | Gregory T. Donilon (No. 4244) |
| Matthew B. McGuire (No. 4366) | 1105 North Market Street, Suite 1500 |
| Kimberly A. Brown (No. 5138) | Wilmington, DE  19801 |
| Matthew R. Pierce (No. 5946) | Telephone: (302) 504-7800 |
| 919 Market Street, Suite 1800 | gdonilon@mmwr.com |
| Wilmington, DE  19801 | |
| Telephone: (302) 467-4400 | -and- |
| landis@lrclaw.com | |
| mcguire@lrclaw.com | Edward Schnitzer, Esq. |
| brown@lrclaw.com | (admitted pro hac vice) |
| pierce@lrclaw.com | 437 Madison Avenue |
| | New York, NY  10022 |
| -and- | Telephone: (212) 867-9500 |
| | eschnitzer@mmwr.com |
| | |
| | *Counsel to the Defendant* |

2

**SULLIVAN & CROMWELL LLP**
Steven L. Holley (*pro hac vice* pending)
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY  10004
Telephone: (212) 558-4000
holleys@sullcrom.com
dietdericha@sullcrom.com
bromleyj@sullcrom.com
glueckstein@sullcrom.com
dunnec@sullcrom.com
kranzleya@sullcrom.com

*Counsel to the Plaintiffs*