# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | |
| - against - | Adv. Pro. No. 23-50381 (JTD) |
| SAMUEL BANKMAN-FRIED, NISHAD SINGH, and ZIXIAO "GARY" WANG, | |
| Defendants. | |

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT**
**ZIXIAO "GARY" WANG TO RESPOND TO COMPLAINT**

Plaintiffs, Alameda Research Ltd., West Realm Shires, Inc. and West Realm Shires Services, Inc., (the "Plaintiffs"), and Defendant Zixiao "Gary" Wang (the "Defendant" and, together with the Plaintiffs, the "Parties"), by and through their respective undersigned counsel, enter into this *Stipulation for an Extension of Time for Defendant Zixiao "Gary" Wang to Respond to Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1. On May 17, 2023, the Plaintiffs initiated the above-captioned adversary proceeding by filing the *Complaint for Avoidance and Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 544, 547, 548 and 550 and Del. Code Ann. Tit. 6, §§ 1304 and 1305 and for Disallowance of Claims Pursuant to 11 U.S.C. § 502* [Adv. D.I. 1] (the "Complaint").

2. The Defendant has accepted service of the Complaint, effective May 24, 2023. The Defendant's deadline to respond to the Complaint was originally June 16, 2023.

3. The Parties have conferred regarding an agreement to extend the Defendant's response deadline.

4. The Defendant's deadline to respond to the Complaint shall be extended through August 15, 2023.

5. This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

Dated: June 8, 2023

| **LANDIS RATH & COBB LLP** | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** |
|---|---|
| /s/ Matthew B. McGuire | /s/ Ilan Graff |
| Adam G. Landis (No. 3407) | Ilan Graff |
| Matthew B. McGuire (No. 4366) | One New York Plaza |
| Kimberly A. Brown (No. 5138) | New York, NY, 10004 |
| Matthew R. Pierce (No. 5946) | Telephone: (212) 859-8931 |
| 919 Market Street, Suite 1800 | Ilan.Graff@friedfrank.com |
| Wilmington, DE 19801 | |
| Telephone: (302) 467-4400 | *Counsel to the Defendant* |
| landis@lrclaw.com | |
| mcguire@lrclaw.com | |
| brown@lrclaw.com | |
| pierce@lrclaw.com | |

-and-

-3-

**SULLIVAN & CROMWELL LLP**
Steven L. Holley (admitted *pro hac vice*)
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY  10004
Telephone: (212) 558-4000
holleys@sullcrom.com
dietdericha@sullcrom.com
bromleyj@sullcrom.com
glueckstein@sullcrom.com
dunnec@sullcrom.com
kranzleya@sullcrom.com

*Counsel to the Plaintiffs*